TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-07-00396-CR







Joshelynn B. Smalls, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT


NO. 59697, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's brief on appeal was originally due October 31, 2007. On counsel's
motion, the time for filing was extended three times, most recently to January 4, 2008. No brief
has been filed and no further extension of time for filing has been sought.

Appellant's counsel, Gary Alan Udashen, is ordered to file a brief in appellant's
behalf no later than February 22, 2008.

It is ordered February 6, 2008.



Before Chief Justice Law, Justices Pemberton and Waldrop

Do Not Publish